JUSTIN J. BUSTOS
Nevada Bar No. 10320
DICKINSON WRIGHT PLLC
100 West Liberty, Suite 940
Reno, NV  89501
Telephone:      (775) 343-7503
Email: jbustos@dickinsonwright.com

*Attorneys for Defendants*
*Sorting Robotics, Inc. and Harrison*
*Bard*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MPI LLC., | Case No.  2:21-cv-02042-RFB-DJA |
| Plaintiff, | |
| v. | |
| SORTING ROBOTICS, INC. *et al.*, | |
| Defendants. | |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HARRISON BARD TO RESPOND TO COMPLAINT**

**(First Request)**

Defendant Harrison Bard ("Mr. Bard") and Plaintiff MPI LLC's ("MPI") by and through their respective counsel, stipulate and agree as follows:

1.      Plaintiff filed its Complaint on November 15, 2021. (ECF No. 1.)

2.      Plaintiff sent a waiver of service to Defendant Sorting Robotics, Inc. ("Sorting Robotics") on November 22, 2021. (ECF No. 13.)  Sorting Robotics agreed to waive service, making its deadline to respond to the Complaint January 21, 2022.

3.      Defendant Harrison Bard was served on December 2, 2021. (ECF No. 15.) The deadline for Mr. Bard to respond to the Complaint is December 23, 2021.

4.      On December 20, 2021, Mr. Bard's counsel requested a 29-day extension of time to respond to Plaintiff's Complaint, making Mr. Bard's new deadline to respond January 21, 2022. Defendant's counsel requested this extension of time to allow counsel sufficient time to fully research

and evaluate the factual allegations in the Complaint as to each Defendant before filing a response to the Complaint. This extension is reasonable, will promote efficiency, and preserve party resources, and therefore is not requested for the purpose of delay or to obtain any unfair advantage.

5.      On December 20, 2021, Plaintiff's counsel agreed to Defendant's requested extension of time.

6.      Pursuant to LR IA 6-1, Mr. Bard respectfully submits this stipulation for an extension of time to respond to the Complaint. This is the first stipulation between Plaintiff and Defendant to extend time for responding to the Complaint.

Dated: December 21, 2021

ARONBERG GOLDGEHN DAVIS & GARMISA

*/s/ Matthew De Preter*
Christopher W. Niro (admitted pro hac vice)
Matthew De Preter (admitted pro hac vice)
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue, Suite 1700
Chicago, Illinois 60611
(312) 828-9600
cniro@agdglaw.com
cdepreter@agdglaw.com

BRIAN E. HOLTHUS, ESQ.
Nevada Bar No. 2720
50 S. Stephanie Street, Suite 202
Henderson, Nevada 89012
*Attorneys for Plaintiff MPI LLC*

Dated: December 21, 2021

DICKINSON WRIGHT PLLC

*/s/ Justin J. Bustos*
Justin J. Bustos
Nevada Bar No. 10320
100 West Liberty, Suite 940
Reno, NV  89501
Telephone:    (775) 343-7503
Email: jbustos@dickinsonwright.com

*Attorneys for Defendants*
*Sorting Robotics, Inc. and Harrison Bard*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2021

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT
CASE NO. 2:21-CV-02042-RFB-DJA